

# THE CHONG LAW FIRM, P.A.

Licensed in:   Delaware, New Jersey, Pennsylvania

---

March 5, 2021

The Honorable Richard G. Andrews
United States District Court - District of Delaware
844 N. King St.
Wilmington, DE 19801

      *Re:*    *Guada Technologies LLC v. Flowserve US Inc.,*
            *Case No. 1:20-cv-1431-RGA*, **Status Letter**

    This status letter provides an update in the above captioned matter in accordance with the Court's Oral Order dated March 5, 2021.

    Plaintiff Guada Technologies LLC and defendant Flowserve US Inc. have reached a settlement and executed a settlement agreement.  The parties inadvertently let the deadline for Flowserve to answer pass.  A stipulation for an additional extension of 14 days has been filed and the parties expect to file dismissal papers prior to the expiration of the extension.

    We are available at the Court's convenience should Your Honor have any questions regarding the foregoing.

Respectfully Submitted,

---

**WILMINGTON, DE**
**Delaware Mailing Address**
2961 Centerville Rd. Ste 350
Wilmington, DE 19808
T. 302-999-9480

**LANSDALE, PA**
**Pennsylvania Mailing Address**
100 W. Main St. Ste 420
Lansdale, PA  19446
T. 215-909-5204

**PHILADELPHIA, PA**
**No Mail**
1845 Walnut Street, Suite 1300
Philadelphia, PA  19103
T. 215-909-5204

FAX FOR ALL LOCATIONS: 877-796-4627

WWW.CHONGLAWFIRM.COM

| | |
|---|---|
| OF COUNSEL:<br><br>David R. Bennett<br>(Admitted *pro hac vice*)<br>Direction IP Law<br>P.O. Box 14184<br>Chicago, IL 60614-0184<br>(312) 291-1667<br>dbennett@directionip.com | CHONG LAW FIRM, P.A.<br><br> */s/ Jimmy Chong*     <br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Telephone: (302) 999-9480<br>Facsimile: (877) 796-4627<br>Email: chong@chonglawfirm.com<br><br>*Attorneys for Plaintiff Guada Technologies LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2021, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)